**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Lawrence CRITTON, Defendant–Appellant.**

**No. 07–12900**

**Non–Argument Calendar.**

United States Court of Appeals, Eleventh Circuit.

April 4, 2008.

W. Charles Fletcher, Jacksonville, FL, for Defendant–Appellant.

Patricia D. Barksdale, Jacksonville, FL, for Plaintiff–Appellee.

Before ANDERSON, CARNES and BARKETT, Circuit Judges.

PER CURIAM:

W. Charles Fletcher, appointed counsel for Lawrence Critton in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Critton's revocation of supervised release and sentence are **AFFIRMED.**